# UNITED STATES DISRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANG TRAN, an individual, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:22-cv-01050-ART-EJY |
| CSAA GENERAL INSURANCE COMPANY D/B/A AAA INSURANCE; DOES 1-10 and ROES BUSINESS ENTITIES 1-10, inclusive, | ) ORDER APPROVING STIPULATION TO REMAND TO STATE COURT |
| Defendant. | ) |

Defendant, CSAA GENERAL INSURANCE COMPANY and Plaintiff SANG TRAN stipulate as follows:

1. On March 8, 2022, Plaintiff filed a Complaint in the Eighth Judicial District Court of the State of Nevada, in and for Clark County, as Case Number A-22-849404-C (the "Action").

2. On July 1, 2022, Defendant filed its Notice of Removal pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441(a)-(c) with the United States District Court for the District of Nevada. *See* ECF 1.

3. On August 2, 2022, Plaintiff filed a Motion to Remand to State Court. *See* ECF 9. No order has been issued at this time on Plaintiff's Motion to Remand to State Court.

4. The parties have agreed that the Action should be remanded to Eighth Judicial District Court of the State of Nevada, in and for Clark County. To that end, the Parties hereby stipulate

that the Action be remanded to Eighth Judicial District Court of the State of Nevada, in and for Clark County.

5. The Parties further stipulate that each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Dated: August 15, 2022.

        **MARKMAN LAW**

        /s/ David Markman

        DAVID MARKMAN, ESQ.

        Nevada Bar No.: 12440

Dated: August 15, 2022

        **RANALLI, ZANIEL, FOWLER & MORAN, LLC**

        /s/ David Zaniel

        DAVID M. ZANIEL, ESQ.

        Nevada Bar No.: 7692

/ / /

/ /

/ / /

/ /

/ / /

/ /

/ / /

/ /

**ORDER**

The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. This instant action is hereby remanded to Eighth Judicial District Court of the State of Nevada, in and for Clark County.

2. Each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

**IT IS SO ORDERED.**

Dated: August 17, 2022

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE